CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rtu

FEB 1 5 2012

JULIA C. DUDLEY, CLERK
BY: HMcDorago
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL A. LOVINGS, | ) | Civil Action No. 7:11-cv-00325 |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By:   Hon. Jackson L. Kiser |
| WARDEN-ROSP, | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that petitioner's motion to stay is **DENIED**; respondent's motion to dismiss is **GRANTED**;

petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**

**without prejudice** for failure to exhaust state court remedies; a certificate of appealability is

**DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying

Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER**: This _15th_ day of February, 2012.

Senior United States District Judge