CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RIU

FEB 1 5 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL A. LOVINGS, | ) | Civil Action No. 7:11-cv-00325 |
|    Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By:  Hon. Jackson L. Kiser |
| WARDEN-ROSP, | ) |       Senior United States District Judge |
|    Respondent. | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to stay is **DENIED**; respondent's motion to dismiss is **GRANTED**; petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 15th day of February, 2012.

*/s/ Jackson L. Kiser*
Senior United States District Judge